# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 11, 2022

## NO. 03-21-00453-CV

**C. O., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## APPEAL FROM THE 146TH DISTRICT COURT OF BELL COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND TRIANA
## REVERSED AND REMANDED -- OPINION BY JUSTICE KELLY

This is an appeal from the decree terminating parental rights signed by the trial court on September 9, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the decree. Therefore, the Court reverses that portion of the trial court's decree appointing the Department as permanent managing conservator and remands the case to the trial court for a new trial on the issue of conservatorship. The Department shall pay all costs relating to this appeal, both in this Court and in the court below.